**FILED**
November 21, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AZAHEL ANDRADE REYNA<br><br>Defendant. | Case No. 2:24-cr-00035-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AZAHEL ANDRADE REYNA</u> Case No. <u>2:24-cr-00035-DAD</u> Charges <u>18 USC § 3583</u> from custody for the following reasons:

    __X__   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

        _____   Unsecured Appearance Bond $ _____

        _____   Appearance Bond with 10% Deposit

        _____   Appearance Bond with Surety

        _____   Corporate Surety Bail Bond

        _____   (Other): _

Issued at Sacramento, California on November 21, 2024 at 2:00 PM

By: *[signature: Chi Soo Kim]*

    Magistrate Judge Chi Soo Kim