PHILLIP A. TALBERT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00035-DAD |
| Plaintiff, | ORDER DISMISSING PETITION |
| v. | DATE: November 26, 2024 |
| AZAHEL REYNA | TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 2) is dismissed against the above-captioned defendant.

IT IS SO ORDERED.

Dated: **November 22, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE